THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NOR-CAL PRODUCE, INC., <br><br> Defendant. | CASE NO. C20-0222-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for dismissal (Dkt. No. 17). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared."

Here, all parties that have appeared stipulate that all claims shall be dismissed with prejudice. (Dkt. No. 17.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing. This Order shall not foreclose Plaintiff or the Trust, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest and attorney fees for the time period encompassed by this action, September 2019, October 2019, December 2019 through May 2020, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said period, or from collecting

contributions, liquidated damages, interest, attorney's fees and costs for any period other than September 2019, October 2019 and December 2019 through May 2020.

All claims in this action are DISMISSED with prejudice and without award of costs or fees to either party. The Clerk is directed to CLOSE this case.

DATED this 9th day of October 2020.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk